**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| DAVID D. WATTIE, JR., | : | No. 105 MM 2018 |
| Petitioner | : | |
| v. | : | |
| M.B. FINANCIAL BANK, N.A., | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of September, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writs of Mandamus and Prohibition is DENIED.